In the Matter of the Petition of the MAYOR AND COMMON COUNCIL OF THE CITY OF LACKAWANNA, under Section 91 of the Railroad Law, for an Order Determining that the Existing Bridge Carrying the Ridge Road Highway in Said City over the Railroads and Rights of Way of ERIE RAILROAD COMPANY and Others, Shall Be Replaced by a New Bridge. (Case No. 2614.) — Appeals dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SARAH A. EVANS, an Infant, by Guardian ad Litem, Respondent, v. FIFTY CENT CAB COMPANY, INCORPORATED, Appellant.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

WILLIAM B. CLANCY, Respondent, v. JOHN D. ANDREWS, Appellant.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Estate of ISAAC M. VAN ZANDT, Deceased.— Appeal dismissed, unless appellant shall file and serve printed records and briefs by December fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

GEORGE D. CORNELIUS, Appellant, v. WILLIAM CHRIST, Respondent.— Appeal dismissed, unless appellant shall file and serve printed records and briefs by December fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Estate of MARY I. MILLER, Deceased.— Motion to dismiss the appeal denied, upon condition that the appellant shall, within ten days, give the required undertaking to perfect the appeal. We see no occasion for printing the evidence in order to present the single legal question involved in this appeal. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHRISTIAN SAUTTER, JR., Respondent, v. JOHN C. FULMER and Others, Appellants.— Interlocutory judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

W. STRONG CLOHER and Others, as Executors, etc., of WILLIAM H. CLOHER, Deceased, Respondents, v. JOHN C. FULMER and Others, Appellants. — Interlocutory judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

WILLIAM I. TABER, Respondent, v. JOHN C. FULMER and Others, Appellants.— Interlocutory judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

T. HARVEY FERRIS, Respondent, v. JOHN C. FULMER and Others, Appellants.— Interlocutory judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

GEORGE W. GAMMEL, Respondent, v. JOHN C. FULMER and Others, Appellants.— Interlocutory judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.